1 | ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
2 | 308 S. School Street
Ukiah, California 94582
3 | Telephone:  707-462-1844
Facsimile:   707-468-0522
4 |
5 | Attorney for Defendant
STEPHEN SCOTT FILIPPS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 04 CR 02405 JAH |
|---|---|---|
| Plaintiff, | ) | ORDER FOR ABATEMENT OF CHARGES |
| v. | ) | |
| STEPHEN SCOTT FILIPPS, | ) | |
| Defendant. | ) | |

GOOD CAUSE HAVING BEEN SHOWN by way of the certified Death Certificate filed by counsel for defendant Stephen Scott Filipps evidencing the death of the defendant on or about April 4, 2008, the Court hereby abates all charges in the above referenced matter.

IT IS FURTHER ORDERED that the appearance in this matter now scheduled for June 9, 2008 be vacated.

DATED:  May 23, 2008

_____
HONORABLE JUDGE JOHN A. HOUSTON
United States District Court